UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| 165 PARK ROW, INC., d/b/a THE BRUNSWICK INN, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JHR DEVELOPMENT, LLC and )<br>MAINE AND NOBLE, LLC, )<br>)<br>Defendants. ) | Civil No. 2:12-cv-00106-NT |

### ORDER AFFIRMING THE
### RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on May 15, 2013 his Recommended Decision (Doc. No. 55). The Defendants filed their Objection to the Recommended Decision (Doc. No. 56) on May 29, 2013. Plaintiff filed its Objection to the Recommended Decision and Opposition to Defendants' Objection (Doc. No. 57) on June 17, 2013.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**. It is further **ORDERED** that the Defendants' Motions for Summary Judgment be **DENIED**.

SO ORDERED.

/s/ Nancy Torresen
Nancy Torresen
United States District Judge

Dated this 26th day of August, 2013