# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| 165 PARK ROW, INC., | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
| v. | )    No. 2:12-cv-106-NT |
| | ) |
| JHR DEVELOPMENT, LLC, et al., | ) |
| | ) |
|       Defendants | ) |

## REPORT OF HEARING AND ORDER
## RE:  TRIAL DEPOSITIONS

Held in Portland by telephone on October 17, 2013, at 9:00 a.m.

Presiding: John H. Rich III, United States Magistrate Judge

Appearances: For the Plaintiff: James Goggin, Esq.
Seth Coburn, Esq.

For the Defendants: Frank Gaeta, Esq.
John Barnicle, Jr., Esq.

The telephone conference was held at the request of Attorney Gaeta, as set forth in a letter dated October 15, 2013, to Judge Torresen of this court, concerning his objection to the notices of deposition served by Attorney Goggin for trial testimony of three witnesses outside the subpoena power of this court, Diann Simmons, Cliff Routh, and Jan Routh. The depositions are scheduled for October 18 and 22, 2013, to be taken via telephone and streaming video.

After discussion, I **_ORDERED_** counsel to submit letter briefs, no more than 4 single-spaced pages in length and to be filed electronically with the court's New Cases Inbox, by 5 p.m. on

1

Monday, October 21, 2013, stating the parties' positions on this dispute and specifically referencing my order dated November 3,2009, in *Shannon v. Sasseville*, Civil No. 08-343-P-H, 2009 WL 3711484 (D. Me. Nov. 3, 2009). Attorney Goggin will reschedule the depositions if necessary after I rule on this dispute.

*SO ORDERED*.

### CERTIFICATE

    A. This report fairly reflects the actions taken at the hearing and shall be filed forthwith.

    B. In accordance with Federal Rule of Civil Procedure 72(a), a party may serve and file an objection to this order within fourteen (14) days after being served with a copy thereof. Failure to file a timely objection shall constitute a waiver of the right to review by the district court and to any further appeal of this order.

Dated this 17th day of October, 2013.

                                          /s/ John H. Rich III
                                          John H. Rich III
                                          United States Magistrate Judge