# Verrill Dana LLP

Attorneys at Law

JAMES G. GOGGIN
PARTNER
jgoggin@verrilldana.com
Direct: 207-253-4602

ONE PORTLAND SQUARE
PORTLAND, MAINE 04112-0586
207-774-4000 • FAX 207-774-7499
www.verrilldana.com

October 25, 2013

**VIA ELECTRONIC FILING**

The Honorable John H. Rich, III
U.S. District Court, District of Maine
Edward T. Gignoux U.S. Courthouse
156 Federal Street
Portland, ME 04101

    Re:    165 Park Row, Inc. d/b/a The Brunswick Inn v. JHR Development, LLC and Maine and Noble, LLC
            Docket No. 2:12-CV-00106-NT

Dear Magistrate Judge Rich:

    In accordance with the requirements of the Court's Report of Final Pre-Trial Conference and Order, I am writing to advise that Plaintiff's counsel reports that this case is firm for trial.

                      Sincerely,

                      /s/ James G. Goggin

                      James G. Goggin

JGG/sms
cc:    Frank Gaeta, Esq.
        Jack Barnicle, Esq.